IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN A. SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 3:14-cv-01688 |
| v. ) | |
| ) | Judge Nixon |
| CAROLYN W. COLVIN, ) | Magistrate Judge Brown |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Pending before the Court is Plaintiff Susan A. Smith's Motion for Judgment on the Administrative Record ("Motion") (Doc. No. 18), filed with a Memorandum in Support (Doc. No. 19). Defendant Commissioner of Social Security filed a Response opposing Plaintiff's Motion (Doc. No. 22) and Smith filed a Reply (Doc. No. 23). Subsequently, Magistrate Judge Brown issued a Report and Recommendation ("Report") recommending that the Motion be granted. (Doc. No. 24 at 10.) The Report was filed on October 22, 2015, and provided a period of fourteen days in which either party could file an objection. (*Id.*) Neither party has filed an objection to date.

Upon review of this matter, the Court finds the Report to be well-founded and **ADOPTS** it in its entirety. Accordingly, the Court hereby **GRANTS** Plaintiff's Motion and **REMANDS** this case to the Commissioner for further proceedings. The Clerk of the Court is **DIRECTED** to close the case.

It is so ORDERED.

Entered this the 9th day of November, 2015.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT